**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

SYLVESTER GREGG,

**Plaintiff,**

**Case No.:** 23-cv-02719(NRM)(TAM)

**-against-**

**STIPULATION OF SETTLEMENT**

WEST COAST SERVICING, INC., DALE THAYER and STEVEN J. KRAEMER,

**Defendants.**

---------------------------------------------------------------------X

Plaintiff SYLVESTER GREGG ("Plaintiff"), by and through his counsel, LAW OFFICE OF ABEL L. PIERRE, P.C. and Defendants WEST COAST SERVICING, INC., DALE THAYER, and STEVEN J. KRAEMER ("Defendants"), by and through their counsel, RICHLAND & FALKOWSKI, PLLC, do hereby stipulate as follows:

1. Defendant WEST COAST SERVICING, INC. ("Creditor") is the present holder and owner of that certain Fixed Rate Note and Security Agreement – National City Bank dated October 23, 2006 made by Plaintiff to First Franklin a Division of National City Bank ("Lender") in the principal sum of $89,800.00 ("Note").

2. Defendant Creditor is the present holder and owner of that certain Mortgage (Secondary Lien) dated October 23, 2006 made by Plaintiff to Mortgage Electronic Registration Systems, Inc., as nominee for First Franklin in the principal sum of $89,800.00 ("Mortgage").

3. The Note and Mortgage are valid and enforceable by Creditor and this Stipulation of Settlement ("Stipulation") shall not change or modify any terms of the Note and Mortgage, except as expressly set forth herein.

4. The parties hereby agree to modify the Note and Mortgage as follows:
    a. The principal balance shall be $150,000.00.
    b. The term of the modification shall be forty (40) years commencing on February 1, 2025 and the Note and Mortgage shall mature on January 1, 2065.
    c. The annual interest rate on the Note and Mortgage, as modified, shall be four and a quarter percent (4.25%).
    d. The monthly payment shall be $650.43.
5. With the full execution of this Agreement, Plaintiff shall wire $30,000.00 to Defendant Creditor's counsel. Upon the receipt of the $30,000.00, Plaintiff shall be credited for $45,000.00. The principal balance shall then be $105,000.00. The monthly payment shall then be $455.30.
6. Annexed hereto as **Exhibit A** is the written agreement, which shall be incorporated herein as the terms of the agreement, except to the extent they purport or do conflict with paragraph 4 and 5, in which case the provisions of paragraph 4 and 5 herein shall control.
7. Nothing in this Stipulation shall prohibit Plaintiff from making a prepayment after January 1, 2025, but said prepayment shall be credited *pari passu* as any other payment.
8. The parties hereby agree to discontinue *West Coast Servicing, Inc. v. Gregg*, bearing Index No.: 719644/2021, Queens County Supreme Court, in its entirety, including any counterclaims brought by Defendant, which counterclaims shall be dismissed with prejudice.
9. Defendant Creditor shall withdraw its pending appeal in *NS194, LLC v. Gregg*, bearing Case No.: 2022-07044, Supreme Court of the State of New York, Appellate Division,

Second Department.

10. Plaintiff shall execute the General Release annexed as **Exhibit B** simultaneously with the execution of this Stipulation.

11. The parties hereby agree to execute any and all such other documents required to effectuate the terms of this Stipulation.

12. Facsimile or electronic signatures on this Stipulation shall be treated as if they are originals.

Dated: January 28, 2025

Washingtonville, New York

**RICHLAND & FALKOWSKI, PLLC**

Daniel H. Richland, Esq.
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
*Attorneys for Defendants*

**LAW OFFICE OF ABEL L. PIERRE. P.C.**

Abel Pierre, Esq.
140 Broadway, 46th Floor
New York, New York 10005
*Attorneys for Plaintiff*

SYLVESTER GREGG

WEST COAST SERVICING, INC.
By: Glenn Ohm

# Exhibit A

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




# FORBEARANCE & EXTENSION AGREEMENT

| | |
|---|---|
| Creditor: | West Coast Servicing, Inc. |
| Debtor: | Sylvester Gregg |
| Date: | 02/02/2024 |
| Servicer: | Land Home Financial Services, Inc. |
| LHFS Account #: | 5853000026 |
| Property Address: | 254-20 147th Ave., Rosedale, NY 11422 |

Debtor's loan matured on 11/1/2021 with a balance that is due and owing. Both parties agree to reorganize the outstanding debt under the following Forbearance & Extension Agreement (the "Agreement").

**Pre-Forbearance Loan Status as of 12/01/2024:**

| | |
|---|---|
| **Payoff Date** | **8/01/2024** |
| Maturity Date | 11/1/2021 |
| Interest Rate | 10.250% |
| Principal Balance | $85,201.35 |
| Total pre-commencement Interest | $57,925.83 |
| Total post-commencement Interest | $28,424.57 |
| Unpaid Charges* | $43,047.67 |
| **Payoff Amount** | **$214,599.42** |

*Note: "Unpaid Charges" in this agreement are estimates and subject to final accounting. If final amounts are less than the estimates above, credit shall be applied as a principal paydown. If final amounts are greater than estimates above, the remaining balance shall be listed as an "Unpaid Charge" that Debtor may pay this at any time but will be due and payable at the maturity of this agreement.

Your initial here that you have read and understood the above SG

**Upon receipt of the original notarized Agreement on or before December 5, 2024, and down payment of $30,000.00 to be received on or before 12/31/2024, Debtor's account shall updated to reflect the following terms:**

| | |
|---|---|
| Deferred Interest | $64,599.42 |
| **TOTAL AMOUNT DEFERRED TO MATURITY OR PAYOFF (BALLOON):** | **$64,599.42**** |

** Note: Statements may reflect deferred interest of **$64,599.42** even though this amount is not due until maturity or loan payoff.

| | |
|---|---|
| Down Payment: | $30,000.00 |
| Down Payment Due Date: | 02/01/2025 |
| New Unpaid Principal Balance: | $105,000.00 |
| New Fixed Interest Rate: | 4.25% |
| New Amortization Term: | (40) Years |
| New Maturity Date: | 01/01/2065 |
| New Regular Monthly Payment: | 03/01/2025 |
| Next Payment Due Date: | $455.30 |



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




BY SIGNING THIS AGREEMENT, DEBTOR AGREES AND ACKNOWLEDGES THE ABOVE DEBT, THE DELINQUENCY OF SAID DEBT AND HEREBY WAIVE THEIR RIGHTS TO DISPUTE SAID DEBT IN THE FUTURE.

DEBTOR UNDERSTANDS AND ACKNOWLEDGES THAT HE HAS BEEN OR HAS HAD THE OPPORTUNITY TO BE REPRESENTED BY INDEPENDENT COUNSEL OF HIS CHOICE WITH RESPECT TO THE NEGOTIATIONS PRECEDING THE EXECUTION OF THIS AGREEMENT. THIS AGREEMENT SHALL BE CONSTRUED FAIRLY AS TO ALL PARTIES TO THIS AGREEMENT AND NOT IN FAVOR OF OR AGAINST ANY OF THE PARTIES, AND THE PARTIES HEREBY WAIVE ANY RIGHTS UNDER SECTION 1654 OF THE CALIFORNIA CIVIL CODE.

DEBTOR AGREES TO RELEASE ANY AND ALL CLAIMS AGAINST THE ORIGINATING LENDER, ITS SUCCESSORS AND/OR ASSIGNS, SUBSIDIARIES, AFFILIATES, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS AND/OR ATTORNEYS UNDER THE SUBJECT PROMISSORY NOTE, MODIFICATION, AND MORTGAGE/DEED OF TRUST ASSOCIATED WITH ACCOUNT NUMBER 5853000026. SAID DOCUMENTS TO BE PROVIDED UPON REQUEST.

**DO NOT SIGN THIS AGREEMENT IF YOU DISPUTE THE DEBT ABOVE**

**DO NOT SIGN THIS AGREEMENT IF YOU DO NOT UNDERSTAND THE TERMS OF THIS AGREEMENT**

Debtor shall make payments in the amount of $455.30 on the 1st of each month starting on 03/01/2025 and continuing the 1st day of each month thereafter until the Loan has been paid off in full.

Debtor has the right to refinance and payoff the account at any time without incurring a penalty (I.E., THERE IS NO PREPAYMENT PENALTY).

Upon Maturity or Payoff and review of a clean payment history, Creditor agrees to waive deferred interest in the amount of $64,599.42. For purposes of this agreement, a clean payment history shall be defined as monthly payments (Due after the date of this agreement) made on-time within the contractual grace period with no late fees being assessed to the account.

**In the event Debtor fails to abide by this Agreement,** Creditor shall provide to Debtor(s) a ten (10) day written notice, sent to Debtor's last known mailing address, advising them that a breach has occurred and that Creditor will void agreement unless the



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




breach(es) has/have been brought current on or before the tenth (10th) day of said courtesy notice prior to commencing with a foreclosure proceeding pursuant to applicable non-bankruptcy law.

Payments are to be made as follows:
Make checks payable to the order of: LAND HOME FINANCIAL SERVICES, INC

Pay by Check:
Land Home Financial Services Inc.
Attn: Payment Processing
P.O. Box 25164
Santa Ana CA 92799-5164
Include Land Home Loan Number on Check

If you have any questions, please feel free to contact Land Home Financial Services, Inc directly at 877-557-9042.

Debtor reaffirms all terms contained in the Promissory Note or Loan Agreement and Mortgage/Deed of Trust applicable to the account number stated above, except as specifically provided herein. Said documents shall be provided upon request.

Creditor and Debtor agree this Agreement will not affect or be construed to affect the original indebtedness, or the priority, thereof, except as modified by the terms of this Agreement. To the extent that any terms of this Agreement conflict with the terms of the Note or Mortgage, then this Agreement shall prevail, but in all other respects, all of the covenants, conditions, and provisions of the Note and Mortgage shall remain in full force and effect, and shall remain unaffected, unchanged and unimpaired by reason of this Agreement.

In the event Debtor fails to abide by this Agreement and the Note and Mortgage, this Agreement and the Note and Mortgage shall be in default, and the Creditor, at the Creditor's sole option, may pursue all remedies provided for in contract or law.

Debtor hereby acknowledges that the lien created and evidenced by the Mortgage/Deed of Trust is valid and subsisting and further acknowledges and agrees that there are no offsets, claims or defenses to the Note or the Mortgage/Deed of Trust or any other Loan Documents.

This Agreement shall not be altered, amended or modified by oral representation made before or after the execution of this Agreement. All amendments of changes must be made in writing by all Parties.



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




In consideration of the recitals, covenants and agreements set forth in this Agreement, and other good and valuable consideration, receipt of which is hereby acknowledged, upon the Effective Date of this Agreement, Debtor(s), for and on behalf of themselves and present and future spouses (and common law spouses), children, parents, relations, successors, beneficiaries, heirs, next of kin, assigns, executors, administrators, and/or estate, or any and all other persons who could claim through him (collectively, the "Releasors") hereby unconditionally, irrevocably, forever and fully releases, acquits, and forever discharge Creditor and their respective predecessors, principals, parents, heirs, successors, assigns, subsidiaries, affiliates, commonly controlled entities, companies, enterprises, ventures, partners, insurers, investors, attorneys, officers, shareholders, directors, agents, representatives employees, clients, administrators, executors, personal representatives, the beneficiary and investor in the Loan and their predecessors, heirs or successors in interest and assigns, and each of them (the "Releasees"), of and from any and all claims, demands, actions, causes of action, suits, liens, debts, obligations, promises, agreements, costs, damages, liabilities, and judgments of any kind, nature, or amount whether in law or equity, whether known or unknown, anticipated or unanticipated, liquidated or unliquidated, including any and all claimed or unclaimed compensatory damages, consequential damages, interest, costs, expenses and fees (including reasonable or actual attorneys' fees) which were or could have been raised in, arise out of, relate to, or in any way, directly or indirectly, involve the Action, the Counterclaims, the Property, the Loan, or the Deed of Trust. Debtor(s) also specifically waives and releases any right of rescission under the federal Truth in Lending Act ("TILA") and any other claims they may have, whether known or unknown, fixed or contingent, under TILA, the Home Ownership and Equity Protection Act ("HOEPA"), the Real Estate Settlement and Procedures Act ("RESPA"), the Fair Debt Collection Practices Act ("FDCPA"), the Equal Credit Opportunity Act ("ECOA"), the Fair Credit Reporting Act ("FCRA"), or their implementing regulations, or any corresponding state law statute or provision concerning the Loan, the Deed of Trust, and/or the Action and Counterclaims. It is the intention and effect of this release to discharge all claims that the Releasors have against the Releasees up until and including the date of the execution of this Agreement. Debtor(s) waives any rights which Debtor(s) may have under federal or state statute of common law principle which may provide that a general release does not extend to claims which are not known to exist at the time of execution, including without limitation, California Civil Code Sec.1542, which provides as follows: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTION OF THE RELEASE WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR(S).

**Notice for Matured loans.** If your loan has a balance at Maturity the complete amount is due in full and will continue to accrue interest until paid in full. Monthly Payment Statements will cease to be issued upon Maturity and you must contact our office for complete payoff figures.



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




By signing, both parties acknowledge and agree to the above referenced terms and acknowledge receipt of a copy of this agreement.

Debtor

Sylvester Gregg
Date: January 23, 2025

Creditor

West Coast Servicing, Inc
By: Glenn Chao
Its: VP operations
Date: 1/28/25



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




## DEBTOR ACKNOWLEDGEMENT

STATE OF NEW YORK )
) ss.
COUNTY OF QUEENS )

On January 23, 2025, before me, ABEL L. PIERRE, a Notary Public in and for said County and State, personally appeared SYLVESTER GREGG , who is personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires:

ABEL L. PIERRE
NOTARY PUBLIC, State of New York
No. 02PI6094747
Qualified in Nassau County
Commission Expires June 23, 2027



Initial SG

**Requested By and Mail To:**
West Coast Servicing, Inc.
7911 Warner Ave.
Huntington Beach, CA 92647
714-596-6333
www.wcrsi.com




## CREDITOR ACKNOWLEDGEMENT

______________________________

STATE OF NEW YORK )
) ss.
COUNTY OF _______ )

On __________________, 2024, before me, ___________________, a Notary Public in and for said County and State, personally appeared ___________________________, who is **"CIRCLE ONE"** personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

"SEE ATTACHED"

My Commission Expires:

_________________________________

Notary Public

[NOTARY SEAL]



Initial______

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange )

On January 28, 2025 before me, Grace Recendez, a Notary Public
(insert name and title of the officer)

personally appeared Glenn Ohno,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________ **(Seal)**



# Exhibit B

# GENERAL RELEASE

*TO ALL INTERESTED PARTIES KNOW THAT*

SYLVESTER GREGG, with an address of 254-20 147th Avenue, Rosedale, NY 11422, Releasor,

In consideration of the sum of TEN DOLLARS ($10.00)

Received from WEST COAST SERVICING, INC., a limited liability company organized and existing under the laws of the State of California, DALE THAYER, and STEVEN J. KRAEMER, collectively, Releasee, the adequacy and receipt whereof is hereby acknowledged by Releasor, releases and discharges the Releasee, the Releasee's executors, attorneys, administrators, heirs, (hereinafter collectively sometimes referred to as "Releasees") from all causes of actions, actions, debts, sums of money, accounts, bonds, bills, covenants, contracts, controversies, promises, agreements, trespasses, variances, judgments, damages, executions, claims, demands whatsoever, in law, equity and/or admiralty, which against the said Releasees, the Releasor, his/her executors, administrators, successors and assigns have, ever had, by reason of any matter, cause or thing whatsoever from the beginning of time to the date of this release.

The words "Releasor" and "Releasee" include the singular and the plural wherever construction of this instrument dictates.

This Release may only be changed in writing. Facsimile or electronic signatures shall be treated as if they are originals.

**IN WITNESS WHEREOF,** the Releasor has executed this Release to be executed by its authorized officer on the 23rd day of January 2025.

Sylvester Gregg

SYLVESTER GREGG

STATE OF NEW YORK )
)ss.:
COUNTY OF QUEENS )

On the 23rd day of JANUARY in the year 2025 before me, the undersigned, personally appeared SYLVESTER GREGG personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ABEL L. PIERRE
NOTARY PUBLIC, State of New York
No. 02PI6094747
Qualified in Nassau County
Commission Expires June 23, 2027